UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    WILLIAM G CAVE  
    ANN E CAVE  
         Debtor(s)

Case No. 07-23210

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/11/2007.

2) The plan was confirmed on 03/14/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/27/2009.

5) The case was completed on 11/17/2009.

6) Number of months from filing to last payment: 23.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $35,545.00.

10) Amount of unsecured claims discharged without payment: $30,531.02.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

|  |  |
|---|---:|
| Total paid by or on behalf of the debtor | $15,000.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $15,000.00

**Expenses of Administration:**

|  |  |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $835.26 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,335.26

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFNI | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| ANATOLY ARBER | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 159.00 | 159.65 | 159.65 | 64.62 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 3,785.00 | 3,842.88 | 3,842.88 | 1,555.48 | 0.00 |
| CHARMING SHOPPES-LANE BRYANT | Unsecured | 1,128.00 | 1,050.21 | 1,050.21 | 425.09 | 0.00 |
| CHASE MANHATTAN BANK USA | Unsecured | 8,614.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION | Unsecured | 1,026.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION CO OF AMERICA | Unsecured | 443.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 779.00 | 1,354.24 | 1,354.24 | 548.16 | 0.00 |
| COMPUTER CREDIT SERVICE | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 653.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 416.00 | 400.11 | 400.11 | 161.95 | 0.00 |
| FIRST EXPRESS | Unsecured | 2,600.00 | 2,600.00 | 2,600.00 | 1,052.40 | 0.00 |
| GC SERVICES | Unsecured | 801.00 | NA | NA | 0.00 | 0.00 |
| GENERAL CREDIT SVCS | Unsecured | 200.00 | 200.00 | 200.00 | 80.95 | 0.00 |
| IC SYSTEM | Unsecured | 70.00 | 70.00 | 70.00 | 28.33 | 0.00 |
| LAKE COUNTY ANESTHESIOLOGY | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY RADIOLOGY | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| LMG THE FAMILY DOCTORS | Unsecured | 924.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 146.00 | 145.67 | 145.67 | 58.96 | 0.00 |
| NICOR GAS | Unsecured | 1,781.00 | 1,966.36 | 1,966.36 | 795.92 | 0.00 |
| OMNI CREDIT SERVICES | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| PARAMEDIC BILLING SERVICES | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| PARK DANSAN | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 841.00 | 841.02 | 841.02 | 340.42 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 466.00 | 466.87 | 466.87 | 188.97 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| RAZA M KHAN MD | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 500.00 | 663.33 | 663.33 | 268.50 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ROUNDUP FUNDING LLC | Unsecured | 1,018.00 | 1,249.83 | 1,249.83 | 505.89 | 0.00 |
| STATE BANK OF THE LAKES | Secured | 1,282.05 | 1,282.05 | 752.75 | 752.75 | 0.00 |
| STATE BANK OF THE LAKES | Secured | NA | NA | NA | 0.00 | 0.00 |
| STATE BANK OF THE LAKES | Secured | NA | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICES | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 847.00 | 447.43 | 447.43 | 181.11 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| TRUE LOGIC FINANCIAL CORP | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| UNITED HOSPITAL SYSTEM | Unsecured | 87.00 | 87.39 | 87.39 | 35.37 | 0.00 |
| US BANK | Unsecured | 10,128.00 | 8,943.02 | 8,943.02 | 3,619.87 | 0.00 |
| VICTORY MEMORIAL HOSPITAL | Unsecured | 601.00 | NA | NA | 0.00 | 0.00 |
| VISTA IMAGING ASSOC | Unsecured | 4.00 | NA | NA | 0.00 | 0.00 |
| VOICESTREAM WIRELESS | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $752.75 | $752.75 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$752.75** | **$752.75** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$24,488.01** | **$9,911.99** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,335.26 |
| Disbursements to Creditors | $10,664.74 |
| **TOTAL DISBURSEMENTS** : | **$15,000.00** |

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/16/2010                                   By: /s/ Glenn Stearns
                                                                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**